UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Ch. 13 |
| **Carole J. Tyre,** | : | |
| | : | Bankruptcy No**. 25-13101 AMC** |
| Debtor. | : | |

# O R D E R

**AND NOW**, this 30th day of December, 2025, the Debtor having filed the above bankruptcy case on August 4, 2025,

**AND**, the Debtor having filed six (6) prior bankruptcy cases before the present case: Including case number 24-13175, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on Sept. 9, 2024 and dismissed on Feb. 18, 2025 for failure to make plan payments,

**AND,** the docket reflecting that the Trustee has filed a motion to dismiss for failure of the Debtor to make plan payments in the present case,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on Jan. 27, 2026,**

**at 11:00 a.m. by telephone (1-646-828-7666 with Meeting ID 160 6807 8081)**,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge