**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| CAROLE J. TYRE, | : | |
| Debtor | : | Bky. No. 25-13101 AMC |

# O R D E R

**AND**, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days.

The bar on refiling expires on **January 29, 2027.**

**Date:** Jan. 29, 2026

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**